IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 12-CR-30059-DRH |
| RONALD WASHINGTON, JR., | ) | |
| Defendant. | ) | |

### ORDER

**HERNDON, Chief Judge:**

Pending before this Court is a motion for production of sealed pre-sentence report filed by defendant (Doc. 27). Upon review of this motion, the Court finds that the motion is well taken. Accordingly, the motion is hereby **GRANTED**. The Probation Office for the Southern District of Illinois is hereby ORDERED to provided counsel for Mr. Washington a copy of his 2005 PSR filed in case #05-CR-00013 RWS in the Eastern Disrict of Missouri.

**IT IS SO ORDERED .**

**Dated this 21st day of August, 2012.**

Digitally signed by David R. Herndon
Date: 2012.08.21 11:47:32 -05'00'

**Chief Judge**
**United States District Court**